UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN REED and CRYSTAL REED,

    Plaintiffs,

vs.

Case No.: 2:07-cv-13775
Hon. Denise Page Hood

FIDELITY NATIONAL INSURANCE COMPANY,

    Defendant.

---

**PATRICK A. KING (P27701)**
**FABIAN, SKLAR & KING, P.C.**
Attorneys for Plaintiffs
33450 W. Twelve Mile Road
Farmington Hills, Michigan 48331
(248)553-2000

**JOHN D. HONEYMAN (P26380)**
**AMY L. WILLE (P68360)**
**PATRICK, JOHNSON & MOTT, P.C.**
Attorneys for Defendant
27777 Franklin Road, Suite 1100
Southfield, Michigan 48034
(248)356-8590

---

### CONSENT ORDER TO PRODUCE RECORDS

**At a session of said Court held in the City of Detroit, State of Michigan on October 24th, 2008.**

**PRESENT: HON. DENISE PAGE HOOD**
**District Judge**

Upon the consent of the parties, as evidenced by the signatures of their respective counsel below, and the Court being duly advised:

**IT IS HEREBY ORDERED** that the United States Attorneys Office produce the records requested in a Subpoena to it dated June 5, 2008, and which have been appropriately approved for production. The records shall be produced to the law firm of Patrick, Johnson & Mott, P.C., who will provide copies of all produced records to Plaintiff's Counsel.

*This Order does not resolve the last pending claim, and does not close the case.*

                            S/DENISE PAGE HOOD
                            DISTRICT JUDGE

Approved as to form and content.

| | |
|---|---|
| */S/ Patrick A. King* <br> FABIAN, SKLAR & KING <br> Attorneys for Plaintiffs <br> 33450 W. Twelve Mile Road <br> Farmington Hills, Michigan 48331 <br> P27701 <br> pking@fabiansklar.com | */S/ Amy L. Wille* <br> PATRICK, JOHNSON & MOTT, P.C. <br> Attorneys for Defendant <br> 27777 Franklin Road, Suite 1100 <br> Southfield, Michigan 48034 <br> P68360 <br> awille@pjmpc.com |