UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN REED and
CRYSTAL REED,

    Plaintiffs,

vs.

Case No.: 2:07-cv-13775
Hon. Denise Page Hood

FIDELITY NATIONAL
INSURANCE COMPANY,

    Defendant.

_____

| | |
|---|---|
| **PATRICK A. KING (P27701)** | **JOHN D. HONEYMAN (P26380)** |
| **FABIAN, SKLAR & KING, P.C.** | **PATRICK, JOHNSON & MOTT, P.C.** |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 33450 W. Twelve Mile Road | 27777 Franklin Road, Suite 1400 |
| Farmington Hills, Michigan 48331 | Southfield, Michigan 48034 |
| (248)553-2000 | (248)356-8590 |

_____

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court, held in the Theodore Levin U.S. Courthouse, in the City of Detroit and State of Michigan, on    March 16, 2010

PRESENT: HON.  DENISE PAGE HOOD
                           U. S. DISTRICT JUDGE

    The parties having consented to entry of this Order, as signified by the signatures of their respective counsel below, and the Court being fully advised; therefore,

    IT IS HEREBY ORDERED that this matter be, and the same is hereby DISMISSED with prejudice and without costs.

    This Order resolves the last pending claim, and closes the case.

                                                      s/ DENISE PAGE HOOD
                                                      U. S. DISTRICT JUDGE

The undersigned consent to entry of the above Order. Notice of entry waived.

*/s/ Patrick A. King*
FABIAN, SKLAR & KING
Attorneys for Plaintiffs
33450 W. Twelve Mile Road
Farmington Hills, Michigan 48331
P27701
pking@fabiansklar.com


*/s/ John D. Honeyman*
PATRICK, JOHNSON & MOTT, P.C.
Attorneys for Defendant
27777 Franklin Road, Suite 1400
Southfield, Michigan 48034
P68360
jhoneyman@pjmpc.com